UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN ENDARA,

    Plaintiff,

v.   Case No:   6:16-cv-1032-Orl-40DCI

AUTOMATIC DATA PROCESSING, INC.,
FIRST DATA CORPORATION, META
FINANCIAL GROUP, INC., METABANK,
THE WENDY'S COMPANY, WENDY'S
RESTAURANTS, LLC, WENDY'S
INTERNATIONAL, INC., WENDY'S OF
N.E. FLORIDA, INC. and JOHN DOES
'35;1-10,

    Defendants.

## NOTICE

I am informed by the parties that they have fully executed a settlement agreement and are in the process of facilitating the settlement payments in accordance with the settlement agreement. The parties anticipate filing a stipulation of dismissal in the near future. Under the circumstances, the Court may consider entering an order pursuant to Local Rule 3.08, dismissing the case subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record