IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JUAN ENDARA,<br><br>   Plaintiff,<br><br>vs.<br><br><br><br>AUTOMATIC DATA PROCESSING, INC.,<br>FIRST DATA CORPORATION,<br>META FINANCIAL GROUP, INC.,<br>METABANK,<br>THE WENDY'S COMPANY,<br>WENDY'S RESTAURANTS, LLC,<br>WENDY'S INTERNATIONAL, INC.,<br>WENDY'S OF N.E. FLORIDA, INC., and<br>JOHN DOES 1-10,<br><br>   Defendants. | Case No.: 6:16-cv-1032-Orl-40DAB |

## STIPULATION FOR DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's individual claims in this Action shall be dismissed with prejudice and the putative class claims shall be dismissed without prejudice as to all unnamed putative class members. Each party shall bear its own attorneys' fees and costs.

Date: January 21, 2017        Respectfully submitted,

/s/   Joshua Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar. No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar No. 83397
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
5400 S. University Drive, Ste. 417
Tel:  (954) 889-3359
Fax:  (954) 889-5913
Mpascucci@ELPLawyers.com
JEggnatz@ELPLawyers.com

*Attorneys for Plaintiff*

/s/ Angela J. Crawford
Angela J. Crawford, (FBN 43611)
ANGELA.CRAWFORD@DLAPIPER.COM
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida   33131-5341
Tel:     305.423.8500 / Fax: 305.437.8131

Stellman Keehnel, WSBA No. 9309
stellman.keehnel@dlapiper.com
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104
Tel: 206.839.4800 / Fax: 206.839.4801
(*pro hac vice* application forthcoming)

*Counsel for Defendant*
*Automatic Data Processing, Inc.*

/s/ Kim E. Richman
Kim E. Richman, Esq. (*Pro Hac Vice*)
**The Richman Law Group**
81 Prospect Street
Brooklyn, New York 11201
Tel.: (212) 687-8291
Fax: (212) 687-8292

*Attorneys for Plaintiff*

/s/ Peter W. Zinober
Peter W. Zinober (FBN 121750)
zinoberp@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Tel: 813.318.5700 / Fax: 813.318.5900

Mark D. Kemple
(admitted *pro hac vice*)
kemplem@gtlaw.com
Ashley Farrell Pickett
(admitted *pro hac vice*)
farrellpicketta@gtlaw.com
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310.586.7700 / Fax: 310.586.7800

*Counsel for Defendants, The Wendy's Company, Wendy's Restaurants, LLC, Wendy's International, Inc., and Wendy's of N.E. Florida, Inc.*

*/s/ Paul C. Huck, Jr.*
Paul C. Huck, Jr. (FBN 968358)
paulhuck@jonesday.com
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9727

*Counsel for Defendants*
*First Data Corporation, Meta Financial*
*Group, Inc., and Metabank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants. I further certify that the foregoing will be served upon all counsel of record who have yet to appear upon entry of a Notice of Appearance.

/s/ Joshua Eggnatz
Joshua Eggnatz, Esquire